IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MONTGOMERY BLAIR SIBLEY,

    Plaintiff,

v.        CASE NO. 4:08cv219-RH/WCS

THE FLORIDA BAR, et al.,

    Defendants.

_____/

## ORDER DENYING TEMPORARY RESTRAINING ORDER

This matter is before the court on the magistrate judge's report and recommendation (document 34) and the plaintiff's objections (document 42). I have reviewed *de novo* the issues raised by the objections.

The report and recommendation concludes that the plaintiff's motion for a temporary restraining order should be denied for failure to establish a substantial likelihood of success on the merits. That is correct. Accordingly,

    IT IS ORDERED:

The report and recommendation is ACCEPTED. The motion for temporary restraining order (document 31) is DENIED. This matter is remanded to the

magistrate judge for further proceedings.

SO ORDERED on June 12, 2008.

                                            s/Robert L. Hinkle
                                            Chief United States District Judge