IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


MONTGOMERY BLAIR SIBLEY,

    Plaintiff,

v.                                      CASE NO. 4:08cv219-RH/WCS

THE FLORIDA BAR, et al.,

    Defendants.

_____/


## ORDER DENYING LEAVE TO FILE
## THIRD AMENDED COMPLAINT

This matter is before the court on the plaintiff's motion for leave to file a third amended complaint. The magistrate judge has entered a report and recommendation (document 57) concluding that the motion should be denied. The plaintiff has filed objections (document 61). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

    IT IS ORDERED:

    1. The report and recommendation is ACCEPTED and adopted as the opinion of the court. Plaintiff's motion for leave to file a third amended complaint

(document 53) is DENIED.

    2.  The clerk must refer the case back to me upon the filing of objections the more recent report and recommendation (document 62) or the expiration of the deadline for objections.

    SO ORDERED on August 11, 2008.

s/Robert L. Hinkle
Chief United States District Judge
